IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA    :
                            :
vs.                         :    CRIMINAL NO. 15-00026-M
                            :
RILEY H. WILLIS, III        :

ORDER

On April 3, 2015, Defendant Riley H. Willis, III, appeared in court with appointed counsel, Assistant Federal Defender Latisha Colvin, for a revocation hearing before the undersigned Judge.  Also present were Assistant United States Attorney Sinan Kalayoglu and Probation Officer Brandie Broome.

After hearing from the parties, Defendant's condition of probation was not revoked, he was continued on his same condition of probation, and without objection, the revocation hearing was **CONTINUED to October 7, 2015 at 10:00 a.m. in Courtroom 3B** before the undersigned Judge.  If he continues to do as well as he has done since his initial appearance, he will be released from supervision on that date.

DONE this 6th day of April, 2015.

/s/Bert W. Milling, Jr.
UNITED STATES MAGISTRATE JUDGE